UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE ROSARIO GOMEZ GALLARDO,<br><br>*Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, IMMIGRATION AND CUSTOMS ENFORCEMENT, DAVID EASTERWOOD, ACTING DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, ST. PAUL FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, PAMELA BONDI, U.S. ATTORNEY GENERAL, WARDEN, ERO EL PASO CAMP EAST DETENTION FACILITY, EL PASO, TEXAS, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 3:26-CV-00291-LS |

## ORDER TRANSFERRING CASE

The District of Minnesota has requested this case's return to the jurisdiction where Petitioner is currently detained.[1] The Court therefore **TRANSFERS** the case to the U.S. District Court for the District of Minnesota.

**SO ORDERED**.

---

[1] ECF No. 10.

2

**SIGNED** and **ENTERED** on February 10, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

2

6